**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00128-CV

**IN THE ESTATE OF ARDYCE DEUEL-NASH, DECEASED**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR 13-682-1**

## ORDER

We **GRANT** appellant's April 9, 2014 motion for an extension of time to file a brief. We

**ORDER** the brief tendered to this Court by appellant on April 8, 2014 filed as of the date of this

order.

Appellee's brief in this accelerated appeal is due May 1, 2014.

/s/ ADA BROWN
   JUSTICE